1  ROBERT R. MOORE (BAR NO. 113818)
   MICHAEL J. BETZ (BAR NO. 196228)
2  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
3  Three Embarcadero Center, 12th Floor
   San Francisco, CA  94111-4074
4  Phone:  (415) 837-1515
   Fax:  (415) 837-1516
5  E-Mail:  mbetz@allenmatkins.com

6  GONZALEZ & LEIGH LLP
   MATT GONZALEZ (SBN 153486)
7  G. WHITNEY LEIGH (SBN 153457)
   MATT SCHULTZ (SBN 220641)
8  744 Montgomery Street, Fifth Floor
   San Francisco, CA  94111
9  Telephone:  (415) 512-2000
10 Facsimile:  (415) 512-2001

11 Attorneys for Plaintiff
   Mitchell Engineering, a California corporation
12
   DENNIS J. HERRERA - State Bar #139669
13 City Attorney
   GEORGE K. WONG - State Bar #75228
14 RONALD P. FLYNN - State Bar #184186
   LOUISE S. SIMPSON - State Bar #115253
15 DAVID L. NORMAN - State Bar #148556
   Deputy City Attorneys
16 Fox Plaza
   1390 Market Street, 4th Floor
17 San Francisco, CA  94102-5408
   Telephone: (415) 554-3901
18 Facsimile: (415) 255-0733
   ronald.flynn@sfgov.org
19
   HANSON BRIDGETT LLP
20 ANDREW G. GIACOMINI, State Bar # 154377
   agiacomini@hansonbridgett.com
21 JEFFREY M. CHU - 121381
   jchu@hansonbridgett.com
22 S. ANNE JOHNSON - 197415
   ajohnson@hansonbridgett.com
23 425 Market Street, 26th Floor
   San Francisco, CA  94105
24 Telephone:    (415) 777-3200
   Facsimile:    (415) 541-9366
25
   Attorneys for Defendants
26 CITY AND COUNTY OF SAN FRANCISCO, ANTHONY
   IRONS, MICHAEL QUAN, AND ALAN WONG
27

28

- 1 -

STIPULATION AND PROPOSED ORDER AMENDING MODIFIED
PRETRIAL DEADLINES; CASE NO.  CV 08 4022 SI

2360698.2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL ENGINEERING, a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a political subdivision of the State of California; ANTHONY IRONS, in his individual capacity and, alternatively, in his official capacity as Assistant General Manager of the San Francisco Public Utilities Commission; MICHAEL QUAN, in his individual capacity and, alternatively, in his official capacity as Director of Construction Management Bureau of the San Francisco Public Utilities Commission; ALAN WONG, in his individual capacity and, alternatively, in his official capacity as Safety Manager of the San Francisco Public Utilities Commission; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. CV 08 4022 SI<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING MODIFIED PRE-TRIAL DEADLINES AND TRIAL DATE** |

It is stipulated by and between counsel for Plaintiff MITCHELL ENGINEERING and counsel for Defendants CITY AND COUNTY OF SAN FRANCISCO, ANTHONY IRONS, MICHAEL QUAN, and ALAN WONG that the Order Modifying Pretrial Deadlines filed by the Court on March 10, 2010, be amended as follows, to permit the parties the opportunity to mediate on May 27 and 28, 2010 this case as well as the 5 State cases regarding the 5 Public Utilities Commission projects:

    1.    Mitchell Engineering to provide supplemental discovery responses per May 17, 2010 Order: move from June 2, 2010 to <u>June 16, 2010</u>;

    2.    Expert rebuttal: move from June 2, 2010 to <u>June 16, 2010</u>;

    3.    Expert Discovery Cut-off: move from July 2, 2010 to <u>July 16, 2010</u>;

    4.    Motion for Summary Judgment Oppositions**:** move from May 28, 2010 to <u>June 11, 2010</u>;

5. Mitchell Summary Judgment Reply: move from June 4, 2010 to <u>June 18, 2010</u>;

6. Defendants' Summary Judgment Replies move from June 11, 2010 to <u>June 25, 2010</u>;

7. Hearing on Dispositive Motions move from June 18, 2010 to on or after <u>July 2, 2010</u>;

8. Pretrial conference date: move from July 20, 2010 to <u>August 17, 2010</u>; and

9. Jury trial date: move from August 2, 2010 to <u>August 30, 2010</u> at 8:30 a.m. in Courtroom 10, 19th Floor.

IT IS SO STIPULATED.

Dated: May 21, 2010

ALLEN MATKINS LECK GAMBLE &
MALLORY & NATSIS LLP
ROBERT R. MOORE, ESQ, (SBN 113818)
MICHAEL J. BETZ, ESQ. (SBN 196228)

By: _____/s/ *Robert R. Moore*_____
ROBERT R. MOORE
Attorneys for Plaintiffs
MITCHELL ENGINEERING

Dated: May 21, 2010

HANSON BRIDGETT LLP

By: _____/s/ *S. Anne Johnson*_____
S. ANNE JOHNSON
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, a political subdivision of the State of California; ANTHONY IRONS, in his individual capacity and, alternatively, in his official capacity as Assistant General Manager of the San Francisco Public Utilities Commission; MICHAEL QUAN, in his individual capacity and, alternatively, in his official capacity as Director of Construction Management Bureau of the San Francisco Public Utilities Commission; ALAN WONG, in his individual capacity and, alternatively, in his official capacity as Safety Manager of the San Francisco Public Utilities Commission

STIPULATION AND PROPOSED ORDER AMENDING MODIFIED
PRETRIAL DEADLINES; CASE NO. CV 08 4022 SI

2360698.2

**IT IS HEREBY ORDERED THAT**

1. Mitchell Engineering shall provide the supplemental discovery responses required by this Court's May 17, 2010 Order on or before June 16, 2010;

2. The expert rebuttal deadline shall be June 16, 2010;

3. Expert Discovery Cut-off shall be July 16, 2010;

4. Motion for Summary Judgment Oppositions shall be due June 11, 2010;

5. Mitchell's Summary Judgment Reply shall be due June 18, 2010;

6. Defendants' Summary Judgment Replies shall be due June 25, 2010;

7. Hearing on Dispositive Motions will occur on July 2, 2010 [or_____] at ___;

8. The Pretrial Conference is set for August 17, 2010 [or_____] at _____; and

9. Jury trial date: August 30, 2010 [or _____] at 8:30 a.m. in Courtroom 10, 19th Floor.

Dated:_____

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

The further case management conference has been continued to Friday, July 2, 2010, at 3:00 p.m.

- 4 -

STIPULATION AND PROPOSED ORDER AMENDING MODIFIED PRETRIAL DEADLINES; CASE NO. CV 08 4022 SI

2360698.2