IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA RYDER LOOMIS,<br><br>        Plaintiff,<br><br>  v.<br><br>ALLSTATE INDEMNITY CO,<br><br>        Defendant.<br>_____/ | No. C 10-01209 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>July 2, 2010</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>September 30,2010</u>.

DESIGNATION OF EXPERTS: <u>8/2/10</u>; REBUTTAL: <u>8/20/10</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>September 30, 2010</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>August 27, 2010</u>;

   Opp. Due <u>September 10, 2010</u>; Reply Due <u>September 17, 2010</u>;

  and set for hearing no later than <u>October 1, 2010</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>October 26, 2010</u> at <u>3:30 PM</u>. (Pretrial docs. due 10/19/10)

JURY TRIAL DATE: <u>November 1, 2010</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff shall produce it's initial disclosures by May 19, 2010 and defendant shall produce it's initial disclosures by May 29, 2010.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                     SUSAN ILLSTON
                                                     United States District Judge