JOSEPH P. BRENT (State Bar No. 214459)
DAVID L. FIOL (State Bar No. 203546)
BRENT & FIOL, LLP
222 Kearny Street, Suite 650
San Francisco, California  94108
Telephone:  (415) 984-0415
Facsimile:  (415) 373-4420

Attorneys for Plaintiff
BELINDA RYDER-LOOMIS


CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
MICHELLE BRADLEY (State Bar No. 221323)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California  94596
Telephone: (925) 949-2600
Facsimile:  (925) 949-2610

Attorneys for Defendants
ALLSTATE INSURANCE COMPANY and
ALLSTATE INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA RYDER-LOOMIS,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALLSTATE INDEMNITY COMPANY, ALLSTATE INSURANCE COMPANY and DOES 1 THROUGH 50, inclusive,<br><br>    Defendants. | No. CV 10 1209 SI<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE.  Each side shall bear its own fees and costs.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  June 14, 2010                    BRENT & FIOL, LLP


By _____/s/ Joseph P. Brent_____
JOSEPH P. BRENT

Attorneys for Plaintiff
BELINDA RYDER-LOOMIS


Dated:  June 14, 2010                    SONNENSCHEIN NATH & ROSENTHAL LLP


By _____/s/ Jeffry Butler_____
JEFFRY BUTLER

Attorneys for Defendants
ALLSTATE INSURANCE COMPANY and
ALLSTATE INDEMNITY COMPANY

**Filer's Attestation**

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated:  June 14, 2010                    By _____/s/ Jeffry Butler_____



IT IS SO ORDERED
Judge Susan Illston

Case No. CV 10 1209 SI                    -1-                    STIPULATION FOR DISMISSAL
                                                                                    WITH PREJUDICE